# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Taren Atkinson,<br>    Plaintiff<br><br>v.<br><br>U.S. Bank, N.A.,<br>    Defendant | Docket 3:16-cv-02454-RDM<br><br>(JUDGE ROBERT D. MARIANI)<br><br><br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Please dismiss this action without costs and with prejudice.

| | |
|---|---|
| s/ Brett Freeman | s/ Brian J. Slipakoff (with consent) |
| Brett Freeman | Brian J. Slipakoff |
| Bar Number PA308834 | Bar Number |
| Attorney for Plaintiff | Attorney for Defendant |
| Sabatini Law Firm, LLC | Duane Morris LLP |
| 216 N. Blakely St. | 30 South 17th Street, 12th Floor |
| Dunmore, PA 18512 | Philadelphia, PA 19103 |
| Phone (570) 341-9000 | Phone (215) 979-1195 |
| Facsimile (570) 504-2769 | Facsimile (215) 405-3897 |
| Email: bfecf@sabatinilawfirm.com | Email BSlipakoff@duanemorris.com |