# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Taren Atkinson,<br>    Plaintiff<br><br>v.<br><br>U.S. Bank, N.A.,<br>    Defendant | Docket 3:16-cv-02454-RDM<br><br>(JUDGE ROBERT D. MARIANI)<br><br><br><br>FILED ELECTRONICALLY |

## ORDER

This action is hereby dismissed with prejudice and without cost to either party. The Clerk of Court is directed to close the case.

Date: 11/21/17

Robert D. Mariani
United States District Judge